# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCCOY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN SOTO,<br><br>　　　　　Respondent. | Case No. 1:15-cv-01578-LJO-EPG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(ECF Nos. 29, 30) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 29, 2017, the undersigned issued findings and recommendation to grant Respondent's motion to dismiss. (ECF No. 28).

On April 10, 2017, the Court received two motions from Petitioner. (ECF Nos. 29, 30). Both contain requests for extensions of time so that Petitioner can obtain documents supporting his equitable tolling claim. In light of the procedural posture of the case, the Court construes the instant motions as motions for extension of time to object to the findings and recommendation. See Castro v. United States, 540 U.S. 375, 381-82 (2003) (courts may recharacterize a *pro se* motion to "create a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis").

///
///

1

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Petitioner is granted to and including May 15, 2017, to file his objections to the findings and recommendation.

IT IS SO ORDERED.

Dated: **April 12, 2017**   /s/ *Eric P. Grosj[...]*
UNITED STATES MAGISTRATE JUDGE