# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCCOY, | Case No. 1:15-cv-01578-LJO-EPG-HC |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTION REQUESTING COPIES |
| v. | (ECF No. 33) |
| JOHN SOTO, | |
| Respondent. | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 17, 2017, the Court received the instant motion, requesting that the Court provide copies of Petitioner's response (ECF No. 32) to Petitioner and Respondent. (ECF No. 33). Petitioner alleges that he is unable to make copies for his personal file and to serve on Respondent due to "an institutional denial of access to the law library and copier." (ECF No. 33 at 1).

In light of Petitioner's difficulty in copying documents, the Court will provide Petitioner a courtesy copy and waive Petitioner's obligation to separately serve Respondent a copy of Petitioner's response. As Petitioner has filed his response with the Court, Respondent has received a copy of the document via CM/ECF, which will constitute service.

///

1

1        Accordingly, the Court DIRECTS the Clerk's Office to mail a copy of Petitioner's

2  response (ECF No. 32) to Petitioner.

3

4  IT IS SO ORDERED.

5     Dated:   **May 18, 2017**              /s/ Erica P. Grosjean

6                                            UNITED STATES MAGISTRATE JUDGE